UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ELRICK J. GALLOW #290887** | **CASE NO. 6:18-CV-01548 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **S W SANDY MCCAIN** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons provided in the Report and Recommendation of the Magistrate Judge [Doc. No. 3], and after an independent review of the record, a de novo determination of the issues, and noting the absence of objections, and having determined that the findings are correct under the applicable law,

**IT IS ORDERED** that the petition is deemed a successive petition for writ of habeas corpus and that the petition is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to 28 U.S.C. § 1631 for further proceedings in accordance with the provisions of 28 U.S.C. § 2244(b).

THUS DONE in Chambers on this 22nd day of February, 2019.

**ROBERT R. SUMMERHAYS**
**UNITED STATES DISTRICT JUDGE**